## STATE OF MAINE

Penobscot, ss.    ·    Supreme Judicial Court
Law Term, June, 1939.

JUNE E. ESTABROOK *vs.* FORD MOTOR COMPANY.

THAXTER, J.    This is a companion case to *Curtis G. Estabrook v. Ford Motor Company* decided this day. As the issue in each case is identical, the entry will be the same.

*Exceptions overruled.*